# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARCELLIN MUKOLO BASENGEZI, | |
| Plaintiff, | |
| v. | Civil Action No. 19-cv-03417 (TJK) |
| MICHAEL R. POMPEO, in his official capacity as Secretary of State, U.S. Department of State, and UNITED STATES DEPARTMENT OF STATE, | |
| Defendants. | |

## [Proposed] ORDER

Upon consideration of Defendants' Motion to Stay Pending Consolidation, the Court hereby GRANTS the motion for good cause shown.  It is hereby

ORDERED that Defendants' deadline by which to answer or otherwise respond to the Complaint in the above-captioned matter is STAYED, pending the Court's adjudication of Defendants' Motion to Consolidate, filed in *Robert Basengezi Katintima v. Pompeo et al.*, Civ. No. 1:19-cv-3413 (TSC).

Date: _____

_____
UNITED STATES DISTRICT JUDGE

1