UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARCELLIN MUKOLO BASENGEZI ) </br> ) </br> *Plaintiff,* ) </br> ) </br> v. ) </br> ) </br> MICHAEL R. POMPEO, in his official capacity as ) </br> Secretary of State, U.S. Department of State and ) </br> THE UNITED STATES DEPARTMENT OF ) </br> STATE ) </br> ) </br> *Defendants.* ) | Civil Action No. 19-cv-03417 (TJK) |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion to Stay Pending Consolidation, as well as Plaintiff's opposition thereto, the Court hereby DENIES the motion. It is hereby

ORDERED that Defendants file an answer or otherwise respond to the Complaint in the above-captioned matter on or before January 24, 2020.

Date: _____          _____
                                                                    UNITED STATES DISTRICT JUDGE