IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARCELLIN MUKOLO BASENGEZI, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL R. POMPEO, in his official capacity as Secretary of State, U.S. Department of State, and UNITED STATES DEPARTMENT OF STATE, <br><br> Defendants. | Civil Action No. 19-cv-03417 (TJK) |

## JOINT REPORT

On January 13, 2020, the Court ordered that "by January 27, 2020, the parties shall file a joint report outlining their respective positions on whether this case is related to *Katintima v. Pompeo*, 19-cv-3413 (TSC), and *Nangaa v. Pompeo*, 19-cv-3416 (ABJ)." Jan. 13, 2020 Minute Order. The parties jointly file this report in compliance with that directive.

### I.      Defendants' Position

Defendants take the position that the instant case is arguably related to both *Katintima v. Pompeo*, 19-cv-3413 (TSC), and *Nangaa v. Pompeo*, 19-cv-3416 (ABJ), in that all three cases may "grow out of the same event or transaction." Local Civ. Rule 40.5(a)(3). While the agency decisions with respect to the individual plaintiffs may vary, the cases feature common issues of fact and law. But in any event, this District's standards for case consolidation fully apply to these three cases. To that end, Defendants have filed a motion to consolidate, which is fully briefed and pending before Judge Chutkan in *Katintima v. Pompeo*, 19-cv-3413 (TSC). For the reasons stated therein, consolidation of the three cases is amply warranted, and is the most efficient and appropriate path forward. In the event that Judge Chutkan denies the consolidation motion,

1

Defendants do not intend to attempt to separately "relate" the cases through any action pursuant to Local Rule 40.5, and will proceed to litigate each case separately.

**II.     Plaintiff's Position**

Plaintiff's position is that the legal claims set forth in this matter, as well as in *Katintima v. Pompeo*, 19-cv-3413 (TSC), and *Nangaa v. Pompeo*, 19-cv-3416 (ABJ), will give rise to fact-specific legal questions relevant only to each particular case. The contents of the administrative records underlying Defendants' actions at issue in each case—which have not yet been disclosed—will present legal questions specific to the factual allegations made by Defendants in those administrative records. Specifically, these records include distinct agency findings and conclusions in support of Defendants' actions in each matter. Until those administrative records are disclosed, it cannot be determined that all three cases "grow out of the same event or transaction." Local Civ. Rule 40.5(a)(3). Further, following disclosure of the administrative records underlying the designations, plaintiffs in these cases may decide to amend their complaints in light of the findings and conclusions contained therein. Accordingly, plaintiff in *Katintima v. Pompeo*, 19-cv-3413 (TSC) has filed a memorandum in opposition to Defendants' motion to consolidate in that matter, which is fully briefed and pending before Judge Chutkan. For the foregoing reasons, consolidation of the three cases is unwarranted and is, at minimum, premature prior to disclosure of the relevant administrative records.

Dated January 27, 2020                                         Respectfully submitted,

                                                                                    JOSEPH H. HUNT
                                                                                    Assistant Attorney General

                                                                                    DIANE KELLEHER
                                                                                    Assistant Branch Director

/s/ Antonia Konkoly
ANTONIA KONKOLY
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 514-2395
Fax: (202) 616-8460
Email:  antonia.konkoly@usdoj.gov


/s/ Erich C. Ferrari, Esq.
Erich C. Ferrari, Esq.
Ferrari & Associates, P.C.
1455 Pennsylvania Ave., NW
Suite 400
Washington, D.C. 20004
Telephone: (202) 280-6370
Fax: (877) 448-4885
Email: ferrari@falawpc.com
DC Bar No. 978253

*Counsel for Plaintiff*